# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 20, 2014

## NO. 03-13-00017-CV

**Texas Department of Public Safety, Appellant**

**v.**

**G. B. E., Appellee**

**APPEAL FROM 368TH DISTRICT COURT OF WILLIAMSON COUNTY**
**BEFORE CHIEF JUSTICE JONES, JUSTICES PURYEAR,**
**PEMBERTON, ROSE, GOODWIN AND FIELD**
**REVERSED AND RENDERED -- OPINION BY JUSTICE FIELD**

This is an appeal from the order signed by the trial court on October 29, 2012. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. Therefore, the Court reverses the trial court's order and renders judgment that G.B.E.'s petition for expunction is denied, and orders that all documents that have been turned over to the district court, or to G.B.E. or his counsel, be returned to the submitting agencies. The appellee shall pay all costs relating to this appeal, both in this Court and the court below.